IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LISA IRENE RIDING NIGBUR, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | No. 3:25-CV-0725-D-BT |
| UNITED STATES OF AMERICA, et. al., § | |
| § | |
| Defendants. § | |
| § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on February 2, 2026.  Plaintiff filed on February 27, 2026 a motion for leave to file objection to recommendation of vexatious-litigant designation, for clarification of record, and for equitable relief ("Plaintiff's Motion").

The court reviewed the proposed findings, conclusions, and recommendation *de novo*.  Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge and— with one exception—denies Plaintiff's Motion with prejudice.  It is not necessary for plaintiff to obtain court leave to file an objection to the magistrate judge's findings, conclusions, and recommendation.  So that part of Plaintiff's Motion is denied without prejudice as moot.

By separate judgment, this action is being dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief may be granted.

The court prospectively certifies that any appeal of this action would not be taken in good faith.  FED. R. APP. P. 24(a)(3).  In support of this certification, the court adopts

and incorporates by reference the magistrate judge's findings, conclusions, and recommendation. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). Based on the findings and recommendation, the court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983) (per curiam). In the event of an appeal, plaintiff may challenge this certification by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit. *See Baugh*, 117 F.3d at 202; FED. R. APP. P. 24(a)(5).

**SO ORDERED**.

March 6, 2026.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE